**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PHILIP YORK, | |
| Plaintiff, | |
| v. | Case No.: 1:12-cv-08142 |
| EQUABLE ASCENT FINANCIAL, LLC, | Judge St. Eve |
| Defendant. | Magistrate Keys |

**NOTICE OF MOTION**

  **PLEASE TAKE NOTICE** that on the **10th** day of **January 2013** at **8:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge St. Eve, or any judge sitting in his/her stead in Courtroom 1241 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Defendant's Rule 12(b)(6) Motion to Dismiss,** a copy of which is hereby served upon you.

                Respectfully submitted,

                By:  s/Todd P. Stelter

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

130485353

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILIP YORK, | |
| Plaintiff, | |
| v. | Case No.: 1:12-cv-08142 |
| EQUABLE ASCENT FINANCIAL, LLC, | Judge St. Eve |
| Defendant. | Magistrate Keys |

### CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2013, I electronically filed **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Philip York**
Email: paytrevor1@yahoo.com

Respectfully submitted,

By:      s/Todd P. Stelter      

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000